### N. FREEMAN AND ANOTHER V. E. JORDAN.

1. It was error to render judgment final by default on a cause of action which was not liquidated and proved by any instrument, in writing. (Paschal's Digest, Article 1508.)

ERROR from Wood. Tried below before the Hon. M. D. Ector.

The petition alleged a hiring of slaves by the appellant from the appellee, and an indebtedness of two hundred dollars resulting therefrom; but nowhere averred or implied that any written evidence of the indebtedness had ever existed.

No briefs on either side.

MORRILL, C. J.—This was a suit to recover two hundred dollars. The cause of action was not alleged to be liquidated and proved by any instrument in writing. Judgment was rendered by default without a jury.

This proceeding is erroneous, as appears by Article 496, Oldham & White's Digest. Wherefore the judgment is reversed.

Reversed and remanded.